**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-6694**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

MCKINLEY EARL MORANT,

        Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Cameron McGowan Currie, Senior District Judge.  (3:19-cr-00307-CMC-1)

Submitted:  October 19, 2021               Decided:  October 22, 2021

Before GREGORY, Chief Judge, AGEE, Circuit Judge, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

McKinley Earl Morant, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

McKinley Earl Morant appeals the district court's orders denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release and denying reconsideration. We review a district court's order granting or denying a compassionate release motion for abuse of discretion. *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021), *petition for cert. filed*, No. 21-5624 (U.S. Sept. 8, 2021). We have reviewed the record and conclude that the court did not abuse its discretion. The court denied Morant's motion after discussing the applicable 18 U.S.C. § 3553(a) factors and sufficiently explained the reasons for the denial. *See United States v. High*, 997 F.3d 181, 188-91 (4th Cir. 2021) (discussing amount of explanation required for denial of straightforward compassionate release motion). We therefore affirm the district court's orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*